FILED
MARCH 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-01356    Document 1    Filed 03/06/2008    Page 1 of 3

08 C 1356

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Mohammad TABATABAEI<br>A07 531 2124<br><br>    Plaintiff,<br><br>v.<br><br>Michael CHERTOFF, Secretary of U.S. Department of Homeland Security; Michael B. MUKASEY, U.S. Attorney General; Emilio T. GONZALEZ, Director, U.S. Citizenship & Immigration Services; Kay F. LEOPOLD, U.S. Citizenship & Immigration Services, Milwaukee Field Office Officer-in-Charge; F. Gerard HEINAUER, Acting Director, Nebraska Service Center; and Robert S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>    Defendants. | **JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE ASHMAN**<br><br>NO.<br><br>**J. N.** |

## PETITION FOR HEARING ON NATURALIZATION APPLICATION

**NOW COMES** the Petitioner, Mohammad TABATABAEI, by and through his attorney, Stanley J. Horn of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and Petitions this Honorable Court pursuant to Immigration & Nationality Act ("INA") § 336(b) and 8 U.S.C. § 1447(b), to hold a hearing on this Naturalization Application, and in support thereof, states as follows:

### STATEMENT OF ACTION

1. This petition is brought to compel action on an Application for Naturalization ("N-400") under Section 334 of the Immigration and Nationality Act properly filed with the United States Citizenship and Immigration Services ("USCIS") by the Plaintiff. To the Plaintiff's detriment, Defendants have failed to adjudicate the application.

2. The Plaintiff applied for naturalization on July 24, 2006. The Plaintiff received a finger printing notice on August 2, 2006.

3. The Plaintiff's former attorney completed numerous follow ups requesting status of the application, all administrative remedies have been exhausted.

## PRAYER

WHEREFORE, Plaintiff prays that this Court grant him the following relief:

A. Assume jurisdiction over the case and naturalize him under the terms of 8 U.S.C. § 1447(b);

B. Grant him citizenship pursuant to his application for naturalization, or, alternatively, order Defendants to adjudicate his application within 60 days;

C. Award Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for failure of the Defendants to perform their duties within the statutory time period; and

D. Such other relief at law and in equity as justice may so require.


Respectfully submitted,
MOHAMMAD TABATABAEI


BY: s/ Stanley J. Horn
STANLEY J. HORN
Attorney for Plaintiff


Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com

## NOTICE OF FILING

TO:  U.S. Attorney's Office          Michael Chertoff
     362 United States Courthouse    Office of General Counsel
     517 E. Wisconsin Ave.           U.S. Department of Homeland Security
     Milwaukee, WI 53202             Washington, DC 20528
     **Via First Class Mail**        **Via First Class Mail**

     Peter Keisler                   Special Assistant U.S. Attorney
     U.S. Attorney General           Officer in Charge, USCIS-Chicago
     950 Pennsylvania Avenue, N.W.   219 S. Dearborn, 5th Floor
     Washington, DC 20530            Chicago, IL 60604
     **Via First Class Mail**        **Via First Class Mail**

     Robert S. Mueller, III          F. Gerard Heinauer
     Federal Bureau of Investigation Nebraska Service Center
     935 Pennsylvania Ave., N.W.     P.O. Box 87400
     Washington, DC 20535-0001       Lincoln, NE 68501-7400
     **Via First Class Mail**        **Via First Class Mail**

PLEASE TAKE NOTICE that on _____March 6_____, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, his Petition for Hearing on Naturalization Application, a copy of which is hereby served upon you as indicated above.

                                    s/ Stanley J. Horn_____
                                    STANLEY J. HORN
                                    Attorney for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on _____March 6, 2008_____.

                                    s/ Stanley J. Horn_____
                                    STANLEY J. HORN
                                    Attorney for Plaintiff


Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
 (312) 281-5444