**FILED**
**MARCH 6, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1356**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

In the Matter of                                   Case Number:

Mohammad Tabatabaei
-v-
Michael Chertoff, Secretary of U.S.   )
Department of Homeland Security, et.al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mohammad Tabatabaei

**J. N.**

| NAME (Type or print) |
|---|
| Stanley J. Horn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stanley J. Horn |
| FIRM |
| Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC |
| STREET ADDRESS |
| 2 N. LaSalle, Suite 630 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (312) 281-5444 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |