IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABATABAEI, Mohammad ) <br> A 75 312 124 ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, Secretary of U.S. ) <br> Department of Homeland Security; Michael ) <br> MUKASEY, U.S. Attorney General; Emilio T. ) <br> GONZALEZ, Director, U.S. Citizenship & ) <br> Immigration Services; Ruth DORCHOFF, District ) <br> Director, U.S. Citizenship & Immigration Services, ) <br> Chicago Field Office; F. Gerard, HEINAUER, ) <br> Acting Director, Nebraska Service Center; and ) <br> Robert S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>     Defendants. ) | NO. 08 C 1356 <br><br> Judge Gettleman |

## MOTION FOR LEAVE TO FILE AMENDED PETITION

**NOW COMES** the Petitioner, Mohammad Tabatabaei, by and through his attorney, Stanley J. Horn of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and requests this Honorable Court to allow Petitioner to file an amended Petition, attached here to.

**WHEREFORE,** the Petitioner, Mohammad Tabatabaei, respectfully requests that this court allow him to file an amended Petition.

Respectfully submitted,
MOHAMMAD TABATABAEI

BY: s/Stanley J. Horn
STANLEY J. HORN 1261614
Attorney for Plaintiff
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com