IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABATABAEI, Mohammad ) <br> A 75 312 124 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, Secretary of U.S. ) <br> Department of Homeland Security; Michael ) <br> MUKASEY, U.S. Attorney General; Emilio T. ) <br> GONZALEZ, Director, U.S. Citizenship & ) <br> Immigration Services; Ruth DORCHOFF, District ) <br> Director, U.S. Citizenship & Immigration Services, ) <br> Chicago Field Office; F. Gerard, HEINAUER, ) <br> Acting Director, Nebraska Service Center; and ) <br> Robert S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br> Defendants. ) | NO. 08 C 1356 <br><br> Judge Gettleman |

**NOTICE OF MOTION**

TO:  U.S. Attorney's Office                            Michael Chertoff
     Dirksen Federal Building                          Office of General Counsel
     219 S. Dearborn Street, 5th Floor                 U.S. Department of Homeland Security
     Chicago, IL 60604                                 Washington, DC 20528

     Michael Mukaey                                    Ruth Dorchoff
     U.S. Attorney General                             District Director, USCIS Chicago Field Office
     950 Pennsylvania Avenue, N.W.                     101 W. Congress Parkway
     Washington, DC 20530                              Chicago, IL 60605

     Robert S. Mueller, III                            F. Gerard Heinauer
     Federal Bureau of Investigation                   Nebraska Service Center
     935 Pennsylvania Ave., N.W.                       P.O. Box 87400
     Washington, DC 20535-0001                         Lincoln, NE 68501-7400

PLEASE TAKE NOTICE that on April 15, 2008 at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, in courtroom

#1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Petitioner's Motion for Leave to File Amended Petition, a copy of which is herewith served on you.

                        Respectfully submitted,
                        MOHAMMAD TABATABAEI

                BY: s/Stanley J. Horn
                    STANLEY J. HORN 1261614
                    Attorney for Plaintiff
                    Horn, Khalaf, Abuzir, Mitchell & Schmidt
                    2 North LaSalle, Suite 630
                    Chicago, IL 60602
                    Telephone: (312) 281-5444
                    Fax: (312) 558-9075
                    E-mail: shorn@hkamlaw.com

**CERTIFICATE OF SERVICE**

       The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on March 25, 2008.

                    s/Stanley J. Horn
                    STANLEY J. HORN 1261614
                    Attorney for Plaintiff
                    Horn, Khalaf, Abuzir, Mitchell & Schmidt
                    2 North LaSalle, Suite 630
                    Chicago, IL 60602
                    Telephone: (312) 281-5444
                    Fax: (312) 558-9075
                    E-mail: shorn@hkamlaw.com