UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD TABATABAEI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1356 |
| | ) | |
| v. | ) | |
| | ) | Judge Gettleman |
| MICHAEL CHERTOFF, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By: s/ Kurt N. Lindland
        KURT N. LINDLAND
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4163

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

      **ATTORNEY DESIGNATION**

were served April 4, 2008, pursuant to the district court's ECF system as to ECF filers.

      s/ Kurt N. Lindland
      KURT N. LINDLAND
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-4163