## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1356 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Mohammed Tabatabaei    vs    Michael Chertoff | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion [5] for leave to file amended petition is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|