IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABATABAEI, Mohammad ) <br> A 75 312 124 ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, Secretary of U.S. ) <br> Department of Homeland Security; Michael ) <br> MUKASEY, U.S. Attorney General; Emilio T. ) <br> GONZALEZ, Director, U.S. Citizenship & ) <br> Immigration Services; Ruth DORCHOFF, District ) <br> Director, U.S. Citizenship & Immigration Services, ) <br> Chicago Field Office; F. Gerard, HEINAUER, ) <br> Acting Director, Nebraska Service Center; and ) <br> Robert S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>     Defendants. ) | NO.  08 C 1356 <br><br> Judge Gettleman |

## MOTION FOR JUDGMENT ON PLEADINGS

**NOW COMES** the Petitioner, Mohammad Tabatabaei, by and through his attorney, Stanley J. Horn of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and moves for judgment on the pleadings.

                          Respectfully submitted,
                          MOHAMMAD TABATABAEI


                          BY: s/Stanley J. Horn
                              STANLEY J. HORN 1261614
                              Attorney for Plaintiff
                              Horn, Khalaf, Abuzir, Mitchell & Schmidt
                              2 North LaSalle, Suite 630
                              Chicago, IL 60602
                              Telephone: (312) 281-5444
                              Fax: (312) 558-9075
                              E-mail: shorn@hkamlaw.com