IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABATABAEI, Mohammad ) <br> A 75 312 124 ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, Secretary of U.S. ) <br> Department of Homeland Security; Michael ) <br> MUKASEY, U.S. Attorney General; Emilio T. ) <br> GONZALEZ, Director, U.S. Citizenship & ) <br> Immigration Services; Ruth DORCHOFF, District ) <br> Director, U.S. Citizenship & Immigration Services, ) <br> Chicago Field Office; F. Gerard, HEINAUER, ) <br> Acting Director, Nebraska Service Center; and ) <br> Robert S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br> Defendants. ) | NO.  08 C 1356 <br><br> Judge Gettleman |

**NOTICE OF MOTION**

TO:   Kurt N. Lindland
      Assistant United States Attorney
      U.S. Attorney's Office
      Northern District of Illinois
      219 S. Dearborn Street, 5th Floor
      Chicago, IL 60604

PLEASE TAKE NOTICE that on April 30, 2008 at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, in courtroom #1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Petitioner's Motion for Judgment on Pleadings, a copy of which is herewith served on you.

                                     Respectfully submitted,
                                     MOHAMMAD TABATABAEI

                                     BY: s/Stanley J. Horn
                                           STANLEY J. HORN 1261614
                                           Attorney for Plaintiff
                                           Horn, Khalaf, Abuzir, Mitchell & Schmidt
                                           2 North LaSalle, Suite 630
                                           Chicago, IL 60602
                                           Telephone: (312) 281-5444
                                           Fax: (312) 558-9075
                                           E-mail: shorn@hkamlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on April 24, 2008.

                                          s/Stanley J. Horn
                                          STANLEY J. HORN 1261614
                                          Attorney for Plaintiff
                                          Horn, Khalaf, Abuzir, Mitchell & Schmidt
                                          2 North LaSalle, Suite 630
                                          Chicago, IL 60602
                                          Telephone: (312) 281-5444
                                          Fax: (312) 558-9075
                                          E-mail: shorn@hkamlaw.com