**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mohammad Tabatabaei
       Plaintiff,

v.              Case No.: 1:08–cv–01356
             Honorable Robert W. Gettleman

Michael Chertoff, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

  MINUTE entry before Judge Honorable Robert W. Gettleman: Motion hearing held on 4/30/2008 regarding motion for judgment on the pleadings[10]. Status hearing set for 7/8/2008 at 9:00 a.m. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.