AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TABATABAEI, Mohammad
A75 312 124

CASE NUMBER: 08 CV 1356

V.

ASSIGNED JUDGE: Judge Gettleman

CHERTOFF, Michael, Secretary of the U.S. Department of Homeland Security, et. al.,

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Michael Chertoff
Office of General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC
2 North LaSalle Street
Suite 630
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**TERESA CERVANTES**

MAY 01 2008

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | July 7, 2008 |
| NAME OF SERVER *(PRINT)* Stanley Ciepiela | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): <u>Served defendant by Certified Mail with Return Receipt</u>

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/7/08
              *Date*

*Signature of Server*

Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 N. LaSalle Street
Suite 630
Chicago, IL 60602
*Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.