UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HORN, KHALAF, ABUZIR,
MITCHELL & SCHMIDT
2 N. LaSalle Street, Suite 630
Chicago, IL 60602

Tabatabaei, Mohammad

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAY 0 6 2008 |
| 1. Article Addressed to:<br>Micheal B. Mukasey<br>U.S. Attorney General<br>950 Pennsylvania Ave.<br>N.W.<br>Washington, DC.<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 0360 0000 4307 8230 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540