# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Mohammad Tabatabaei

                Plaintiff,

v.                                         Case No.: 1:08–cv–01356
                                       Honorable Robert W. Gettleman

Michael Chertoff, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 7/31/2008. Motion for judgment on the pleadings [10] is withdrawn. Plaintiff's amended motion for judgment on the pleadings is due by 8/28/2008. Defendant's response and cross motion for summary judgment is due by 10/6/2008. Plaintiff's reply and response are due by 10/21/2008. Defendant's final reply is due by 11/4/2008. Status hearing set for 12/23/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.