IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TABATABAEI, Mohammad ) <br> A 75 312 124 ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael CHERTOFF, Secretary of U.S. ) <br> Department of Homeland Security; Michael ) <br> MUKASEY, U.S. Attorney General; Emilio T. ) <br> GONZALEZ, Director, U.S. Citizenship & ) <br> Immigration Services; Ruth DORCHOFF, District ) <br> Director, U.S. Citizenship & Immigration Services, ) <br> Chicago Field Office; F. Gerard, HEINAUER, ) <br> Acting Director, Nebraska Service Center; and ) <br> Robert S. MUELLER, III, Director of the Federal ) <br> Bureau of Investigation, ) <br> ) <br>     Defendants. ) | NO. 08 C 1356 <br><br> Judge Gettleman |

## NOTICE OF FILING

TO:   Kurt N. Lindland
       U.S. Attorney's Office
       Northern District of Illinois
       219 S. Dearborn Street, Suite 500
       Chicago, IL 60604
       **Via First Class Mail**

    PLEASE TAKE NOTICE that on August 27, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, his Amended Motion for Judgment on the Pleadings, a copy of which is hereby served upon you as indicated above.

                                        s/ Stanley J. Horn
                                        STANLEY J. HORN
                                        Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
(312) 281-5444

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on August 27, 2008.

                                                 s/ Stanley J. Horn_____
                                                 STANLEY J. HORN
                                                 Attorney for Plaintiff

Stanley J. Horn
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: shorn@hkamlaw.com