UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOHAMMAD TABATABAEI, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1356 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al. | ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   **Counsel of Record**

PLEASE TAKE NOTICE that on Tuesday, September 9, 2008 at 9:15 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Gettlemen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-4163
    Kurt.lindalnd@usdoj.gov