# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Mohammad Tabatabaei

                                    Plaintiff,

v.                                                   Case No.: 1:08–cv–01356
                                                         Honorable Robert W. Gettleman

Michael Chertoff, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 12, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Unopposed motion to extend [23] briefing schedule is granted. Defendants' response to plaintiff's motion for judgment on the pleading is due by 12/5/2008. Plaintiff's reply is due by 12/22/2008.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.